| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A. | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>844 N. King Street<br>Unit 10<br>Wilmington, DE 19801 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Vice President | American Inns of Court |
| 2. | Board Member | Ministry of Caring |
| 3. | Board Member | Sacred Heart Village |
| 4. | Board Member | Sedona Conference Judicial Advisory Board |
| 5. | Co-Executor | Father's Estate |
| 6. | Adjunct Professor of Law | University of Pennsylvania School of Law |
| 7. | Adjunct Professor of Law | Vanderbilt University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Vanderbilt University - teaching | $18,050.00 |
| 2. 2018 | University of Pennsylvania Law School - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | 2/11-17/18 | Nashville, TN | teaching | transportation, food and lodging |
| 2. | The Sedona Conference | 2/25-27/18 | Reston, VA | conference panelist | registration, transportation, food and lodging |
| 3. | Stanford Federalist Society | 4/4-6/18 | San Francisco, CA | speaker | transportation, food and lodging |
| 4. | American Inns of Court | 5/31-6/3/18 | Denver, CO | Spring board meeting | transportation, food and lodging |
| 5. | Cornell Federalist Society | 9/17-18/18 | Cornell, New York | speaker | transportation, food and lodging |
| 6. | J. Ruben Clark Legal Society | 9/27-28/18 | Irvine, CA | speaker | transportation, food and lodging |
| 7. | Vanderbilt University | 10/7-13/18 | Nashville, TN | teaching | transportation, food and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Jordan, Kent A.** | 05/10/2019 |

| | | | | |
| --- | --- | --- | --- | --- |
| 8. | American Inns of Court | 10/19-20/18 | Washington, DC | Fall board meeting | transportation, food and lodging |
| 9. | The Sedona Conference | 10/24-26/18 | Hollywood, CA | conference panelist | registration, transportation, food and lodging |
| 10. | American Inns of Court | 11/7-8/18 | Pittsburgh, PA | moot court | transportation, food and lodging |
| 11. | Vanderbilt University | 12/10-15/19 | Mumbai, India | conference panelist | transportation, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | travel, food and lodging for attendance at Annual Gala | $1,425.00 |
| 2. | Aspen Institute Third Circuit Justice & Society Seminar | travel, food and lodging to attend seminar | $1,098.41 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Bank Sweep Account | A | Interest | J | T | | | | | |
| 2. Schwab U.S. Small Cap | A | Dividend | J | T | | | | | |
| 3. DFA Investment Grade Port Ins | A | Dividend | K | T | | | | | |
| 4. DFA US Core Eqty 1 Port | A | Dividend | J | T | | | | | |
| 5. DFA Int'l Value Port | A | Dividend | J | T | | | | | |
| 6. Pimco Incm | A | Dividend | K | T | | | | | |
| 7. SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 8. Capital One - Cash Accounts | A | Interest | M | T | | | | | |
| 9. TD Bank - Cash Account | A | Interest | J | T | | | | | |
| 10. IRA #1 -Equity Trust (H) | | | | | | | | | |
| 11. Land Solutions Prtnrs East Meadows LLC | A | Interest | M | U | | | | | |
| 12. Rental Prop. #1 - Midway, UT (2018, $215,500) (X) | E | Rent | M | R | Buy | 01/15/18 | M | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544